## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Giovanni Veliz, | Civil No. 07-2376 (RHK/JJK) |
| Plaintiff, | **NOTICE OF TRIAL AND SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS** |
| vs. | |
| City of Minneapolis, City of Minneapolis Police Department, | |
| Defendants. | |

---

The above matter is deemed ready for trial before the undersigned as of October 1, 2008, in St. Paul, Minnesota.

The trial materials listed below are to be **EXCHANGED AND FILED** in accordance with the following schedule:

By <u>September 15, 2008</u>:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial Brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By <u>September 22, 2008</u>:

(1) Responsive Briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

  (3)  Replies to Responsive Briefs.

By <u>September 26, 2008</u>:  Responses to the Written Objections.

Dated:  July 23, 2008

                <u>s/Richard H. Kyle   </u>
                RICHARD H. KYLE
                United States District Judge