**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Giovanni Veliz,                                                                 Civil No. 07-2376 (RHK/JJK)

      Plaintiff,                                           **ORDER FOR PARTIAL DISMISSAL**

v.

City of Minneapolis and The Minneapolis
Police Department,

      Defendants.

---

The above-entitled matter came on for consideration before United States Judge Richard H. Kyle pursuant to the parties' Stipulation for Partial Dismissal.

Based on the files, records, proceedings and aforementioned Stipulation,

IT IS HEREBY ORDERED:

I. Count I of the Complaint, (Race and National Origin Discrimination in Violation of The Minnesota Human Rights Act), is hereby **DISMISSED**, except for any claims that Defendant took retaliation and reprisal action against Plaintiff, in violation of Minn. Stat. § 363A.01 et seq.

II. Count II of the Complaint, (Race and National Origin Discrimination In Violation of Title VII), is hereby **DISMISSED**, except for any claims that Defendant took retaliation and reprisal action against Plaintiff, in violation of 42 U.S.C. § 2000e et seq.

III. Count III of the Complaint, (Race and National Origin Discrimination In Violation of The Civil Rights Act Of 1991, 42 U.S.C. § 1981), is hereby **DISMISSED**, except for any claims that Defendant took retaliation and reprisal action against Plaintiff, in violation of 42 U.S.C. § 1981.

2

IV. Count IV of the Complaint, (Race and National Origin Discrimination Minneapolis Civil Rights Ordinance MCRO § 139.40(b)(3)), is hereby **DISMISSED**, except for any claims that Defendant took retaliation and reprisal action against Plaintiff, in violation of the Minneapolis Civil Rights Ordinance.

Let judgment be entered accordingly.

BY THE COURT:


Dated:     9/25/08            s/Richard H. Kyle
                              The Honorable Richard H. Kyle
                              United States Judge