# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Giovanni Veliz,

                Plaintiff,

                                    Civ. No. 07-2376 (RHK/JJK)
                                    **ORDER**

v.

City of Minneapolis and the Minneapolis
Police Department,

                Defendants.

---

      The above-entitled action came on for trial before the undersigned and a jury on October 17-22, 2008.  On October 22, 2008, the jury returned its Special Verdict as follows:

      1.    Do you find by the greater weight of the evidence that the Minneapolis Police Department retaliated against Plaintiff Giovanni Veliz when it denied his application to transfer to the Minnesota Gang Strike Force?  (See Jury Instruction No. 7.)

      Answer:    _____                  _____X_____
                            Yes                                                No

                    *                    *                    *

Based on the foregoing, **IT IS ORDERED** that the jury's Special Verdict is **ADOPTED** by the Court as its own.  **IT IS FURTHER ORDERED, ADJUDGED, AND**

**DECREED** that Plaintiff Giovanni Veliz take nothing of the Defendants and that Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 23, 2008                    s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge