**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Giovanni Veliz,

                Plaintiff,

                                                Civ. No. 07-2376 (RHK/JJK)
                                                **ORDER**

v.

City of Minneapolis,

                Defendant.

---

      This matter is before the Court on Plaintiff's Objections (Doc. No. 142) to Defendant's Bill of Costs (Doc. No. 138). Pursuant to the February 4, 2009 Clerk's Notice concerning the same (Doc. No. 141), Defendant shall serve and file its response to Plaintiff's Objections, and shall submit two courtesy copies thereof to chambers for the undersigned, on or before February 19, 2009. No further briefing concerning the Bill of Costs will be permitted absent further Order of the Court.

Dated: February 13, 2009                                        s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                              United States District Judge